FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P.B., A MINOR CHILD BY AND THROUGH HIS PARENTS T.B. AND L.B.,<br><br>Plaintiffs,<br><br>v.<br><br>THORP SCHOOL DISTRICT,<br><br>Defendant. | No. 1:20-CV-03032-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiffs' Motion to Dismiss, ECF No. 46, and an associated Motion to Expedite, ECF No. 47. Plaintiffs state that the parties have reached an agreement on Plaintiffs' request for attorney's fees and costs and therefore there are no remaining issues for the Court's determination. Thus, pursuant to Fed. R. Civ. P. 41(a)(2), the Court finds good cause to grant the motion and dismiss this case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Dismiss, ECF No. 46, is **GRANTED**.
2. Plaintiffs' Motion to Expedite, ECF No. 47, is **GRANTED**.
3. This matter is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 27th day of May 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE * 2**